# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 513 WAL 2016
:
Respondent  :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v.  :
:
:
KEITH LAMONT DRAIN,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.